Van Wagenen and another, as executors, etc., and others. No opinion. Judgment and order unanimously affirmed, with one bill of costs in favor of the respondents, who are executors, against the plaintiffs, and one bill of costs in favor of the respondent McMahon, payable out of the estate.

PALADINO, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Michael Paladino against the Brooklyn Heights Railroad Company.
PER CURIAM. Judgment and order of the County Court of Kings County reversed, and new trial ordered, costs to abide the event, on the ground that the exception was well taken to the refusal of the court to charge the request at folios 180–181.
HIRSCHBERG, P. J., and RICH, J., dissent.

In re PAPE. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the application of Otto Pape for admission to the bar. No opinion. Application granted, and order signed.

PARCELL, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Anson D. Parcell, an infant, etc., against the New York Central & Hudson River Railroad Company and another.
PER CURIAM. Judgment against the New York Central & Hudson River Railroad Company, and order denying motion for new trial, affirmed, with costs. Judgment of nonsuit affirmed, with costs to the respondent New York, Ontario & Western Railroad Company against the appellant New York Central & Hudson River Railroad Company.
WILLIAMS, J., dissents from the affirmance of the judgment and order against the New York Central & Hudson River Railroad Company, on the ground of contributory negligence.

PARHAM, Appellant, v. BURNS et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Frank Earle Parham, as assignee, etc., against Edward Burns, individually, etc., and others.
PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. See, also, 120 N. Y. Supp. 142.
HIRSCHBERG, P. J., dissents.

PARIS et al. v. LITTLE GIANT REALTY CO. et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Moe Paris and others against the Little Giant Realty Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

PARIS, Appellant, v. STEVENSON et al., Respondents. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by Russel C. Paris against Charles E. Stevenson and others. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, on the authority of Laird v. Carton, 196 N. Y. 169, 89 N. E. 822.

PARODI, Appellant, v. TILFORD, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Melaine Parodi against George Tilford. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 1129.

PARODI, Appellant, v. TILFORD, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Stanislaus J. Parodi against George Tilford. No opinion. Motion denied, without costs. See, also, 118 N. Y. Supp. 1129.

PECHETTE, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Lillie Pechette against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

PECK, Appellant, v. FRIEDERICH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Charles H. Peck against Adam G. Friederich and others.
PER CURIAM. Order affirmed, with $10 costs and disbursements, without prejudice to the right of appellant to apply for an injunction upon the giving of satisfactory security, and the stay now existing is continued for five days from service of a copy of this decision to enable such application to be made.

PEOPLE v. BAILY. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York against Albert W. Baily. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. BAMBERGER et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Proceeding by the People of the State of New York against Leon Bamberger, impleaded with others. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. CARLO, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Proceeding by the People of the State of New York against Vito Carlo. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. CARMODY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Pro-